United States District Court
Southern District of Texas
**ENTERED**
April 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALFY MAYES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:24-cv-15 |
| | § | |
| GALVESTON COUNTY, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## **ORDER**

Before the court is Galveston County's motion for summary judgment. Dkt. 16. The court grants the motion.

Mayes, a Black jailer and officer at the Galveston County Sheriff's Office ("GCSO"), files this second suit against the County for disparate treatment and retaliation.* His first case, *Mayes v. Galveston County Sheriff's Office*, 3:21-cv-191 (S.D. Tex. 2023), which arose from mostly the same facts and includes the same claims as the present dispute, was disposed of on summary judgment for GCSO. 3:21-cv-191, Dkts. 19, 32. The only new facts Mayes adds to the present case are a couple of incidents where he

---

* In his response to GCSO's motion for summary judgment, Mayes indicates he will file a voluntary dismissal of his disparate treatment claim. Dkt. 24 n.1.

received disciplinary "write-ups" from GCSO after 2021. Dkt. 1 ¶ 77–80; 83–95. These new write-ups, however, are just like those in 3:21-cv-191—GCSO has conclusively proved they were made for "legitimate, nondiscriminatory or nonretaliatory reason[s]." *Newbury v. City of Windcrest*, 991 F.3d 672, 678 (5th Cir. 2021); *see* Dkt. 16 at 20–25.

Accordingly, GCSO's motion for summary judgment is granted. A final judgment will issue separately.

Signed on Galveston Island this 24th day of April, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE