Case 3:24-cv-00015   Document 27   Filed on 04/28/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALFY MAYES, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | 3:24-cv-15 |
| GALVESTON COUNTY, | | |
| Defendant. | | |

# **FINAL JUDGMENT**

Pursuant to the court's order, Dkt. 26, entered in this case granting the defendant's motion for summary judgment, Dkt. 16, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 28th day of April, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE